UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE NATIVIDAD FLORES JIMENEZ**, | No. 1:25−CV−01104−HBK |
| Petitioner, | |
| v. | **STANDING ORDER: HABEAS PETITIONS** |
| **TONYA ANDREWS,** | |
| Respondent(s). | |

The court issues this Standing Order on receipt of petitioner's petition for writ of habeas corpus, which the clerk docketed on 8/29/2025 (Doc. No. 1). This Standing Order provides directives to petitioner and respondent in litigating this case. This order modifies requirements in Local Rules 130, 133, and 135 for cases filed by pro se petitioners in the Fresno Division of the Eastern District of California and highlights specific rules unique to this action.

Accordingly, it is ORDERED:

1. **Rules:** All parties, including pro se petitioners, must comply with the Rules Governing Section 2254 Cases in the United States District Courts, Federal Rules of Civil Procedure, Local Rules for the United States District Court, Eastern District of California, and all court orders and forms. Failure to so comply will be grounds for imposition of sanctions which may include dismissal of the case. L.R. 110; Fed. R. Civ. P. 41(b).

/////

2. **Court Address:** All matters in this action shall be sent to the following address:

> **Office of the Clerk**
> **Clerk United States District Court**
> **Eastern District of California**
> **2500 Tulare St., Suite 1501**
> **Fresno, CA 93721**

Any documents mailed to a judge's chambers or to the Bakersfield or Yosemite courthouse may be stricken without notice. A document which is "stricken" will not be considered by the court for any purpose.

3. **Submission of Paper Documents:** A *pro se* petitioner must submit all documents to the court in paper unless the court orders otherwise. The court's electronic filing and storage system generally is available only to attorneys registered to use it. L.R. 133(b)(2). The clerk will scan paper documents into the electronic court file **and then discard the paper copy.** L.R. 138(d). Accordingly, parties should never send original exhibits to the court.

4. **Filing Fee:** If not done so already, petitioner must—within **30 days** of filing the petition—either (a) pay the $5.00 filing fee; or (b) file a motion to proceed *in forma pauperis* that complies with 28 U.S.C. § 1915. For any motion to proceed *in forma pauperis,* petitioner **must** attach a certificate from an appropriate officer at petitioner's place of confinement that shows all deposits into petitioner's account for the six–month period preceding filing the petition. *Id.,* § 1915(a)(2). The clerk, if appropriate, must attach to this order the court's motion to proceed *in forma pauperis* form.

5. **Service of Petition:** After petitioner pays the filing fee or the court grants leave to proceed *in forma pauperis,* the court will serve the petition on respondent as required by Rule 4 of the Rules Governing Section 2254 Cases and direct a response if appropriate.

6. **Service of Documents:** Once an attorney for a respondent appears in a *pro se* petitioner's habeas action, that attorney's office will receive notice of all filings through the court's electronic filing system (CM/ECF). In other words, the *pro se* petitioner need not serve documents on counsel for a respondent after an appearance has been entered; the date of the electronic notice from CM/ECF is the date of service. L.R. 135(a)–(b) (modified). However, for purposes of application of the "mailbox rule," *see Douglas v. Noelle,* 567

F.3d 1103, 1107 (9th Cir. 2009), on all documents filed with the court, the *pro se* petitioner must attach a proof of service, indicating the date on which the filing was turned over to prison authorities. A document submitted without proof of service may be stricken or returned, or if filed after the deadline, deemed not timely filed.

7. **Copies:** The court will not file duplicates of documents. L.R. 133(d)(2) (modified). If a party wants a file−stamped copy of a document returned for the party's own benefit, a copy for that purpose and a pre−addressed, pre−paid postage envelope must be included. L.R. 101. Petitioner should keep one copy of all documents filed or received for his personal records. The court will provide copies of documents and the docket sheet at $0.50 per page. Checks in the exact amount are payable to "Clerk, USDC." Note: *in forma pauperis* status does not include the cost of copies.

8. **Case Number:** This case has been assigned the above case number. The parties must include the entire case number (and letters) on all future filings with the court. Any filings without the case number will be returned without docketing.

9. **Form of Pleadings:** All documents filed with the court must be legibly printed or typewritten on **one side** of 8 ½ x 11−inch white paper. If typewritten, the filing must be double−spaced and in at least 12−point type. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action, and the title of the document. L.R. 130 (modified). The first page of every document filed with the court by the *pro se* petitioner must include, in the upper left−hand corner, the *pro se* petitioner's name, address, and prisoner/detainee identification number. L.R. 131(a). Failure to comply with these formatting requirements may cause the court to return the documents without docketing or strike documents after docketing.

10. **Signature:** All parties must sign documents filed with the court under the penalty of perjury. *See* 28 U.S.C. § 1746; Fed. R. Civ. P. 11; L.R. 190(b). If a signature is missing, the court will strike the filing and direct the party to resubmit it.

/////

/////

11. **Proposed Order:** Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

12. **Deadlines:** Absent good cause, all court deadlines are strictly enforced. Requests for time extensions must be filed before the deadline expires and must state good reason for the request. L.R. 144.

13. **Notice of Change of Address:** It is petitioner's duty to keep the court and respondent notified of his current address. L.R. 182. If the court or respondent does not have a current address, petitioner cannot receive orders, filings, and other documents filed. If a party moves to a different address without filing and serving a notice of change of address, documents served at a party's old address of record shall be deemed received even if not actually received. *Id.* If mail directed to a pro se petitioner at the address of record is returned by the United States Postal Service as undeliverable, the order will not be re−served a second time absent a notice of change of address. If a *pro se* petitioner's address is not updated within sixty−three (63) days of mail being returned as undeliverable, the case will be dismissed for failure to prosecute. *Id.* A sample notice of change of address form is attached.

14. **Communication with the Court:** Neither petitioner nor anyone on petitioner's behalf may write letters to, call, or otherwise contact the judges or their staff. The only way to communicate with the court is through a written pleading or motion filed with the clerk's office.

15. **Request for Case Status:** The court will notify petitioner as soon as any action is taken in the case. Due to the large number of civil actions pending before the court, the clerk is unable to respond in writing to individual inquiries regarding the status of a case. Petitioner will receive all court decisions regarding his case.

DATED: September 2, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

4

**Name:**_____

**I.D. #:**_____

**Address** _____

_____

_____

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

_____

v.                                                              **Case Number:**

_____

                                                                **NOTICE OF CHANGE OF ADDRESS**

_____ /

**PLEASE TAKE NOTICE THAT (print name)** _____

hereby submits a notice of change of address in the above – entitled case as follows:

**OLD ADDRESS:** _____

_____

**NEW ADDRESS:** _____

_____

**DATED:** _____       _____

                                                                **Signature of Plaintiff/Petitioner**

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS
FORM IN <u>EACH</u> OF YOUR OPEN CASES**