UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NATIVIDAD FLORES JIMENEZ,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, Facility Administrator of Golden State Annex Detention Facility, et al.,<br><br>Respondents. | Case No. 1:25-cv-01104-KES-HBK (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST AND SEALING DOCUMENTS AS SET FORTH IN PETITIONER'S NOTICE<br><br>(Doc. No. 3) |

On September 2, 2025, Petitioner filed a Notice of Request to seal documents filed in support of the petition for writ of habeas corpus filed on August 29, 2025 (Doc. No. 1), because the documents contain personal identifying information pertaining to Petitioner's family members who are not a party to the case. (Doc. No. 3). On September 11, 2025, the Court ordered Respondent to respond to the request to seal, and on September 15, 2025, Respondent responded that they do not oppose Petitioner's request to seal the identified documents. (Doc. Nos. 9, 13).

Upon consideration of Petitioner's request to seal the identified documents, and in light of Respondent's non-opposition to the request, the Court finds compelling reasons justify allowing Petitioner to seal filings that would, as acknowledged by Respondent, reveal personal identifying information and other sensitive information.

Accordingly, pursuant to Local Rule 141(b), and based on the representations contained in

the Petitioner's Request to Seal (Doc. No. 3), it is HEREBY ORDERED:

    1. Petitioner's Request to Seal Documents (Doc. No. 3) is GRANTED.

    2. The documents described in Petitioner's Request shall be SEALED until further order of this Court, with the redacted versions available as currently attached to the petition for writ of habeas corpus.

    3. Electronic access to the sealed documents shall be limited to the Petitioner and counsel for the Respondents.

Dated:   September 19, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2