UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NATIVIDAD FLORES JIMENEZ, | No.  1:25-cv-01104-KES-HBK |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS |
| v. | |
| Christopher CHESTNUT, Warden of California City Detention Facility, et al., | (Doc. 23) |
| Respondents. | |

The Court has considered petitioner's request to seal documents under the standard set forth in *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016).  The Court finds that petitioner has shown compelling reasons to seal sensitive medical information and that the interest of the public does not outweigh petitioner's interests.  As such, sealing of the specific documents identified below is warranted and the Court grants petitioner's motion to file under seal (Doc. 23).

1

The following documents will be sealed in the Court's record pending further order of the Court:

| Document | Redactions/Seal Description |
|---|---|
| Motion for Temporary Restraining Order | Filed under seal with redacted version appearing in the public record |
| Exhibit Y, Supplemental Psychological Evaluation by Licensed Clinical Psychologist Dr. Jose de Jesus Rodriguez | Filed under seal |

IT IS SO ORDERED.

Dated:     February 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2