BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
LYA FERREYRA (SBN 340148)
*lferreyra@immdef.org*
ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Telephone: (213) 340-6583
Facsimile: (213) 282-3133

*Pro Bono Attorneys for Petitioner*
_____ _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Jose Natividad FLORES JIMENEZ,
(A 047-331-440)
             Petitioner,

    vs.

Christopher CHESTNUT, Warden of California
City Detention Facility, et al.,

         Respondents.

Case No. 1:25-cv-01104-KES-HBK

**ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS**

ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS

Upon due consideration and good cause being shown, Petitioner's Motion to File Under Seal is **GRANTED**.  The Court finds that petitioner has shown compelling reasons to seal sensitive medical information and that sealing is warranted as to the information redacted on the version appearing in the public record.  *See Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1096–97 (9th Cir. 2016).

The following document will be sealed in the Court's record:

| Document | Redactions/Seal Description |
|---|---|
| Petitioner's Reply in Support of Motion for Temporary Restraining Order | Filed under seal with redacted version appearing in the public record |

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS